## Commonwealth *v.* Pearson, Appellant.

Argued March 22, 1971. *William Goldstein,* with him

*Paul M. Goldstein,* for appellant; *Deborah E. Glass,* Assistant District Attorney, with her *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.